UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

EAST JORDAN PLASTICS, INC.,

Plaintiff,

v.

SUZHOU XINCHENG GARDENING
MATERIAL CO., LTD.

Defendant.

Case No. 1:15-cv-371

Hon. Paul L. Maloney

_____/

VARNUM LLP
Stephen P. Afendoulis (P36546)
Bryan R. Walters (P58050)
John J. Rolecki (P78460)
Attorneys for Plaintiff
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
spafendoulis@varnumlaw.com
brwalters@varnumlaw.com
jjrolecki@varnumlaw.com

_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

At a session held in the Western District of Michigan, on  November 18, 2016

PRESENT:  Hon. Paul L. Maloney

The Court, having reviewed Plaintiff's Motion for Default Judgment and being fully advised in the premises,

1.     IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff and against Defendant in the total amount of totaling **$1,231,019.60**, which includes the principal balance amount of $1,137,223.04 plus interest having accrued according to the terms of the

relevant Arbitration Award in the amount of $86,944.41 <u>plus</u> costs in the amount of $6,852.15. Interest shall continue to accrue on the Judgment at the statutory rate until paid in full.

IT IS SO ORDERED.  This Order resolves the last pending claim and closes this case.

/s/ Paul L. Maloney
Hon. Paul L. Maloney